### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH E. SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | NO.  08-CV-879-DRH |
| ) | |
| **LAFAYETTE LIFE INSURANCE COMPANY,** ) | |
| and **RELIANCE STANDARD LIFE** ) | |
| **INSURANCE COMPANY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 29, 2009, this case is **DISMISSED**  with prejudice.  Each party shall bear its own costs.

                                       **NANCY J. ROSENSTENGEL,**
                                       **CLERK OF COURT**


                                **BY:**       **/s/*Sandy Pannier***
                                                   **Deputy Clerk**

Dated: December 29, 2009


APPROVED:  /s/  *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT